No. 17,583.

HOLT CHEW MOTOR CO., INC. *v.* MARK S. WAGGENER.

(285 P. [2d] 831)

Decided July 18, 1955.

Messrs. SHUTERAN, ROBINSON, HARRINGTON & BANTA, Mr. SIDNEY H. SHUTERAN, for plaintiff in error.

Messrs. MEANS, MEANS & ROBERTS, Mr. STANLEY H. JOHNSON, for defendant in error.

*En Banc.*

PER CURIAM

Pursuant to our mandate in Cause No. 17,273 (Waggener v. Holt Chew Co., 130 Colo. 294), plaintiff in error moved the trial court for entry of judgment. Defendant in error interposed several motions which were overruled.

Judgment for plaintiff in error, entered pursuant to our mandate, affirmed without written opinion.